IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES LEE MCCLAIN                                                              PLAINTIFF

v.                               Case No. 5:15-CV-05061

OFFICER TYLER JAMES MOORE #345,
Fayetteville Police Department; and
OFFICER MICHAEL ANDREW CAUDLE
#341, Fayetteville Police Department                                           DEFENDANTS

## OPINION AND ORDER

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 23rd day of August, 2016.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

1